1  **ERIN J. RADEKIN**
   **Attorney at Law - SBN 214964**
2  428 J Street, Suite 350
   Sacramento, California 95814
3  Telephone: (916) 446-3331
   Facsimile: (916) 447-2988
4
   Attorney for Defendant
5  CUONG NGUYEN

6
                    IN THE UNITED STATES DISTRICT COURT
7
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
8

9

10 UNITED STATES OF AMERICA,

11         Plaintiff,                              2:10-mj-00081 DAD

12 v.

13                                                 **STIPULATION AND [PROPOSED]**
                                                   **ORDER TO CONTINUE PRELIMINARY**
   CUONG NGUYEN,                                   **EXAMINATION AND EXCLUDE TIME**
14
           Defendant.
15

16

17

18                                    **STIPULATION**

19         Plaintiff, United States of America, by and through its counsel, Assistant United States

20 Attorney Jaston Hitt, and defendant, Cuong Nguyen, by and through his counsel, Erin J. Radekin,

21 agree and stipulate to vacate the date set for preliminary examination, July 19, 2010 at 2:00 p.m. in

22 the courtroom of the Honorable Kendall J. Newman, and to continue the preliminary hearing to

23 August 9, 2010 at 2:00 p.m. in the courtroom of the Honorable Dale A. Drozd.

24         Good cause exists to extend time for the preliminary examination within the meaning of Rule

25 5.1(d) to permit the parties additional time to resolve remaining issues concerning the plea agreement

26 and to permit Ms. Radekin to discuss these issues with Mr. Nguyen and his family.  Mr. Nguyen

27 agrees that a continuance will not result in prejudice to him because such preindictment negotiations

28 will result in a significantly lower sentence than he would otherwise expect to receive under the

   guidelines.

1     The parties further agree and stipulate that the time period from the filing of this stipulation
2 until August 9, 2010 should be excluded in computing time for commencement of trial under the
3 Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv), and Local
4 Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense
5 preparation.  It is further agreed and stipulated that the ends of justice served in granting the request
6 outweigh the best interests of the public and the defendant in a speedy trial.
7     Accordingly, the parties respectfully request the Court adopt this proposed stipulation.
8 IT IS SO STIPULATED

9 Dated: July 15, 2010                           BENJAMIN WAGNER
                                                      United States Attorney

                                         By:     /s/ Jason Hitt
                                                 JASON HITT
                                                 Assistant United States Attorney

Dated: July 15, 2010                                  /s/ Erin J. Radekin
                                                 ERIN J. RADEKIN
                                                 Attorney for Defendant
                                                 CUONG NGUYEN

## **ORDER**

For the reasons set forth in the accompanying stipulation and declaration of counsel, the preliminary examination date of July 19, 2010 at 2:00 p.m. before the Honorable Kendall J. Newman is VACATED and the above-captioned matter is set for preliminary examination on August 9, 2010 at 2:00 p.m. in the courtroom of the Honorable Dale A. Drozd.  The Court finds excludable time in this matter through August 9, 2010 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation.  For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:  July 15, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE