

FILED

AUG -6 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

1  **ERIN J. RADEKIN**
   Attorney at Law - SBN 214964
2  428 J Street, Suite 350
   Sacramento, California 95814
3  Telephone: (916) 446-3331
   Facsimile: (916) 447-2988
4
   Attorney for Defendant
5  CUONG NGUYEN

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,  |  |
|---|---|
| Plaintiff, | 10-mj-00081 DAD |
| v. | STIPULATION AND [~~PROPOSED~~] *DAD* ORDER TO CONTINUE PRELIMINARY EXAMINATION AND EXCLUDE TIME |
| CUONG NGUYEN, |  |
| Defendant. |  |

### STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Jaston Hitt, and defendant, Cuong Nguyen, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for preliminary examination, August 9, 2010 at 2:00 p.m. in the courtroom of the Honorable Dale A. Drozd, and to continue the preliminary hearing to August 23, 2010 at 2:00 p.m. in the courtroom of the Honorable Kimberly J. Mueller.

Good cause exists to extend time for the preliminary examination within the meaning of Rule 5.1(d) to permit the parties additional time to resolve remaining issues concerning the plea agreement and to permit Ms. Radekin to discuss these issues with Mr. Nguyen and his family. Mr. Nguyen agrees that a continuance will not result in prejudice to him because such preindictment negotiations will result in a significantly lower sentence than he would otherwise expect to receive under the guidelines.

The parties further agree and stipulate that the time period from the filing of this stipulation until August 23, 2010 should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv), and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

Dated: August 5, 2010                      BENJAMIN WAGNER
                                           United States Attorney

                                    By:    /s/ Jason Hitt
                                           JASON HITT
                                           Assistant United States Attorney

Dated: August 5, 2010                      /s/ Erin J. Radekin
                                           ERIN J. RADEKIN
                                           Attorney for Defendant
                                           CUONG NGUYEN

## ORDER

For the reasons set forth in the accompanying stipulation and declaration of counsel, the preliminary examination date of August 9, 2010 at 2:00 p.m. is VACATED and the above-captioned matter is set for preliminary examination on August 23, 2010 at 2:00 p.m. in the courtroom of the Honorable Kimberly J. Mueller. The Court finds excludable time in this matter through August 23, 2010 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: 8/6/10

                                           HON. DALE A. DROZD
                                           United States Magistrate Judge